# United States Bankruptcy Court
## Western District of Texas

| | | | |
|---|---|---|---|
| In re | **Kenneth Kirby White** <br> **Karen Diane White** | Case No. | **19-51148-rbk** |
| | Debtor(s) | Chapter | **7** |

# DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE

I (We), the undersigned debtor(s) herein, declare that the following special circumstances are applicable to my (our) financial situation, and justify an adjustment to my (our) income and expenses, and justify the reasons for filing a Chapter 7.

**Adjustments to Current Monthly Income:**

| | |
|---|---|
| **Joint debtor's employment ended** | **3,487.15** |
| Total Special Circumstances Adjustment to Current Monthly Income: | **3,487.15** |

**Adjustments to Monthly Allowed Expenses:**

| | |
|---|---|
| Total Special Circumstances Adjustment to Monthly Allowed Expenses: | |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| Date | **05/17/2019** | Signature | /s/ Kenneth Kirby White |
|---|---|---|---|
| | | | **Kenneth Kirby White** |
| | | | Debtor |

| Date | **05/17/2019** | Signature | /s/ Karen Diane White |
|---|---|---|---|
| | | | **Karen Diane White** |
| | | | Joint Debtor |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 19-51148-rbk |
| | § | |
| Kenneth Kirby White, | § | CHAPTER 7 |
| Karen Diane White, | § | |
| | § | |
| Debtors | § | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served on the following entities listed in the attached mailing matrix either by Electronic Service or by First Class Mail, Postage Pre-paid on the 17th day of May 2019;

*See attached mailing matrix.

Dated: May 17, 2019　　　　　　　　　　　　　　/s/ Courtne Dotson
　　　　　　　　　　　　　　　　　　　　　　　　Courtne Dotson

```
Label Matrix for local noticing          U.S. BANKRUPTCY COURT                    Affirm Inc
0542-5                                   615 E. HOUSTON STREET, ROOM 597          Affirm Incorporated
Case 19-51148-rbk                        SAN ANTONIO, TX 78205-2055               Po Box 720
Western District of Texas                                                         San Francisco, CA 94104-0720
San Antonio
Fri May 17 12:47:52 CDT 2019

Allied Interstate                        American Home Shield                     Avant
P.O. Box                                 P.O. Box 2803                            Attn: Bankruptcy
Southgate, MI 48195-0962                 Memphis, TN 38101-2803                   Po Box 9183380
                                                                                  Chicago, IL 60691-3380

Avenue                                   Capital One                              Capital One
P.O. Box 659584                          1680 Capital One Drive                   Attn: Bankruptcy
San Antonio, TX 78265-9584               Mc Lean, VA 22102-3407                   Po Box 30285
                                                                                  Salt Lake City, UT 84130-0285

Capital One                              Care Credit/Synchrony                    Chase
Po Box 30281                             P.O. Box 960061                          PO Box 15153
Salt Lake City, UT 84130-0281            Orlando, FL 32896-0061                   Wilmington, DE 19886-5153

Chase Card Services                      Comenity Bank/kingsize                   Costco Go Anywhere Citicard
Attn: Bankruptcy                         Attn: Bankruptcy                         Citicorp Credit Services/Centralized Ban
Po Box 15298                             Po Box 182125                            Po Box 790040
Wilmington, DE 19850-5298                Columbus, OH 43218-2125                  St. Louis, MO 63179-0040

Credit Human Federal Credit Union        Credit One Bank                          Dept of Ed / Navient
PO Box 721                               Attn: Bankruptcy Department              Attn: Claims Dept
San Antonio, TX 78293-0721               Po Box 98873                             Po Box 9635
                                         Las Vegas, NV 89193-8873                 Wilkes Barr, PA 18773-9635

ERC/Enhanced Recovery Corp               Elastic                                  First Nataional Bank/Legacy
Attn: Bankruptcy                         P.O. Box 95027                           Attn: Bankruptcy
8014 Bayberry Road                       Louisville, KY 40295                     Po Box 5097
Jacksonville, FL 32256-7412                                                       Sioux Falls, SD 57117-5097

First Savings Bank/Blaze                 First Savings Credit Card                Firstmark Credit Union
Attn: Bankruptcy                         Attn: Bankruptcy Department              Attn: Bankruptcy
Po Box 5096                              Po Box 5019                              Po Box 701650
Sioux Falls, SD 57117-5096               Sioux Falls, SD 57117-5019               San Antonio, TX 78270-1650

Firstmark Credit Union                   Fortiva                                  Genesis Bankcard Services
P.O. Box 701650                          Attn: Bankruptcy                         Attn: Bankruptcy Department
San Antonio, TX 78270-1650               Po Box 105555                            Po Box 4477
                                         Atlanta, GA 30348-5555                   Beaverton, OR 97076-4401

HSBC Bank                                Household Bank                           Juniper Card Services
Attn: Bankruptcy                         P.O. Box 49352                           P.O. Box 13337
Po Box 2013                              San Jose, CA 95161-9352                  Philadelphia, PA 19101-3337
Buffalo, NY 14240-2013
```

| | | |
|---|---|---|
| Key 2 Recvry<br>8894 Beckett Rd,<br>West Chester, OH 45069-2902 | Kohls/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Lane Bryant Retail<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Milestone Mastercard<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| National Auto Finance<br>P O Box 78234<br>Phoenix, AZ 85062-8234 | Orchard Bank<br>HSBC Card Services<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Paypal Credit<br>P.O. Box 5138<br>Lutherville Timonium, MD 21094-5138 | Paypal Credit Svcs.<br>P.O. Box 960080<br>Orlando, FL 32896-0080 | Sprint PCS<br>P O Box 660075<br>Dallas, TX 75266-0075 |
| Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | Walmart<br>PO Box 960024<br>Orlando, FL 32896-0024 | ollo<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | Karen Diane White<br>11006 Angel Point<br>San Antonio, TX 78254-6160 | Kenneth Kirby White<br>11006 Angel Point<br>San Antonio, TX 78254-6160 |
| Nicholas M Wajda<br>Wajda & Associates, APC<br>5430 Lyndon B Johnson Fwy, Ste. 1200<br>Dallas, TX 75240-2639 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| M&T Bank<br>P.O. Box 62182<br>Baltimore, MD 21264 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     0<br>Total                  51 |